141 So. 706

### Eugene McKINNEY v. STATE.

### 6 Div. 148.

Supreme Court of Alabama.

May 12, 1932.

Pennington & Tweedy, of Jasper, for petitioner.

Chas. R. Wiggings, of Jasper, for the State.

**GARDNER, J.**

We are persuaded the argument for petitioner overlooks the limited review of this court of decisions of the Court of Appeals as to questions of law therein presented. Baumhauer v. Liquid Carbonic Corp., 223 Ala. 244, 135 So. 427; Hardy v. First National Bank, 219 Ala. 435, 122 So. 702.

**8**

We find nothing in the opinion in this case calling for the granting of the petition. The writ will be denied.

Writ denied.

BOULDIN, FOSTER, and KNIGHT, JJ., concur.